FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR -1  P 12:36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADEDIPUPO ADENODI | CIVIL ACTION |
| VERSUS | NO. 06-1112 |
| THE UNITED STATES DEPARTMENT OF JUSTICE, EOUSA/FOIA/PA UNIT | SECTION: "F"(3) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's motion is **GRANTED** and that plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** as moot.

New Orleans, Louisiana, this 1ST day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No_____